# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LYNDA HOWARD                                                                          PLAINTIFF

V.                                    NO. 3:06CV00070 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                               DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered dismissing this case, with prejudice. The relief sought is DENIED.

IT IS SO ADJUDGED this 20th day of September, 2007.

_____
UNITED STATES MAGISTRATE JUDGE